# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| BROOKE HANCOCK, | Civil Action No. 6:12-cv-3526 DCN |
| Plaintiff, | |
| vs. | **ORDER** |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

The above referenced Social Security case is before this court upon plaintiff's motion for attorney's fees. Plaintiff filed this petition on June 1, 2014. Defendant filed a response on June 12, 2014, stating that she does not object to an award in the amount of $4,632.17 in attorney's fees under the Equal Access to Justice Act ("EAJA").

**IT IS THEREFORE ORDERED** that the motion for attorney's fees is **GRANTED** in the amount of $4,632.17 in attorney's fees under EAJA.

**AND IT IS SO ORDERED**.

David C. Norton
United States District Judge

June 23, 2014
Charleston, South Carolina